Christopher J. Renk (*pro hac vice* to be filed)
  Chris.Renk@arnoldporter.com
Michael J. Harris (*pro hac vice* to be filed)
  Michael.Harris@arnoldporter.com
**Arnold & Porter Kaye Scholer LLP**
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300

Michael J. Gershoni (Cal. Bar No. 311192)
  Michael.Gershoni@arnoldporter.com
Bridgette C. Gershoni (Cal. Bar No. 313806)
  Bridgette.Gershoni@arnoldporter.com
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5000

*Attorneys for Plaintiff Nike, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GNARCOTIC LLC, <br><br> Defendant. | Case No. 2:22-cv-08765-AS <br><br> **JOINT MOTION BY NIKE, INC. AND GNARCOTIC LLC FOR ENTRY OF CONSENT JUDGMENT AND DECREE AS TO NIKE'S CLAIMS** |

Plaintiff Nike, Inc. ("Nike") and Defendant Gnarcotic LLC ("Gnarcotic") (collectively, the "Parties") seek approval and entry of a consent judgment and decree. Specifically, the Parties have now entered into a confidential settlement agreement that calls for final resolution of this action with the Court entering the concurrently filed [Proposed] Consent Judgment and Permanent Injunction, which is incorporated by reference into this motion.

Case 2:22-cv-08765-RSWL-AFM   Document 11   Filed 12/09/22   Page 2 of 2   Page ID #:63

Accordingly, Nike and Gnarcotic hereby jointly move for entry of the concurrently filed [Proposed] Consent Judgment and Permanent Injunction which the Parties rely upon in support of their motion.

Dated: December  9 , 2022     By: /s/[1] *Michael J. Gershoni*

Christopher J. Renk
Michael J. Harris
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300

Bridgette C. Gershoni
Michael J. Gershoni
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-6745

*Attorneys for Plaintiff Nike, Inc.*

By:     /s/     *Zakari Kurtz*

Zakari Kurtz
Sneaker Law Firm PLLC DBA
Sneaker & Streetwear Legal Services
928 Washington St.
Baldwin, New York 11510-4823
Telephone: (540) 230-2965

*Attorney for Defendant Gnarcotic LLC*

---

[1] Pursuant to Local Rule 5-4.3.4, the filer attests that all other signatories listed and on whose behalf the filing is submitted, have authorized the filing.

JOINT MOTION FOR CONSENT JUDGMENT